

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 15 P 12: 02

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAFAEL JOSEPH, ROCKELL ELMORE<br>on behalf of CURRIEONAH ELMORE | * | CIVIL ACTION |
| | * | NO. 00-0306 |
| versus | | |
| | * | SECTION "K" |
| THE KENNER POLICE DEPARTMENT<br>NICK A. CONGEMI, in his official capacity as | * | MAG. 1 |
| CHIEF OF POLICE, JANEL GODFREY,<br>JOHN DOE AND JOHN DOE in their capacity as | * | |
| EMPLOYEES OF THE KENNER CITY POLICE<br>DEPARTMENT, and ABC INSURANCE COMPANY | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## EX PARTE MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO PLEAD PURSUANT TO LOCAL RULE 7.9E

**NOW INTO COURT**, through undersigned counsel, come defendants, The City of

Kenner (mistakenly sued under the name of one of its departments, the Kenner Police Department)

and Chief of Police Nick A. Congemi, Jenell Godfrey (hereinafter referred to collectively as "the

Kenner Defendants"), and, upon certifying to this Honorable Court, that no previous extension

of time to plead has been granted by the Court to the Kenner Defendants and that plaintiffs, Rafael

Joseph, Rockell Elmore and Currieonah Elmore, have not filed in the record an objection to an

extension of time and, upon further certifying, that the Kenner Defendants have but recently been

served in this litigation and normally their responsive pleadings would be due on February 21,

DATE OF ENTRY FEB 18 2000

Fee_____
Process_____
X Dktd_____
___ CtRmDep___
Doc.No._____

2000, furthermore, undersigned counsel has but recently received a copy of the file documents from his client and is in need of an additional twenty days to prepare and file responsive pleadings in the captioned litigation;

Accordingly, the Kenner Defendants move this Honorable Court pursuant to LR 7.9E for an additional twenty (20) days up to and including March 13, 2000, within which to file their responsive pleadings.

EDWARD F. KOHNKE, IV (#7824) T.A.
JAMES H. BROWN, JR. (#3564)
**Frilot, Partridge, Kohnke & Clements, L.C.**
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone: (504)599-8000
Attorneys for The City of Kenner (mistakenly sued
in its own name and in the name of one of its
departments, the Kenner Police Department), Chief
of Police Nick A. Congemi and Detective
Jenell Godfrey

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this __14__ day of February, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

**Mr. Joseph F. LaHatte, Jr**
**Joseph F. LaHatte, Jr. and Associates, L.L.C.**
**4431 Canal Street**
**New Orleans, Louisiana 70119**

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAFAEL JOSEPH. ROCKELL ELMORE on behalf of CURRIEONAH ELMORE | * | CIVIL ACTION |
| | * | NO. 00-0306 |
| versus | | |
| | * | SECTION "K" |
| THE KENNER POLICE DEPARTMENT NICK A. CONGEMI, in his official capacity as | * | MAG. 1 |
| CHIEF OF POLICE. JANEL GODFREY, JOHN DOE AND JOHN DOE in their capacity as | * | |
| EMPLOYEES OF THE KENNER CITY POLICE DEPARTMENT. and ABC INSURANCE COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the Ex Parte Motion for Extension of Time Within Which to Plead Pursuant to Local Rule 7.9E which has been filed by the City of Kenner (mistakenly sued under the name of one of its departments. the Kenner Police Department), Chief of Police Nick A. Congemi, and Jenell Godfrey (hereinafter referred to collectively as "the Kenner Defendants");

IT IS HEREBY ORDERED. ADJUDGED AND DECREED that the Kenner Defendants be. and the same are. hereby GRANTED an additional twenty (20) days within which to file responsive pleadings up to and including March 13, 2000

New Orleans. Louisiana. this __16th__ day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE