FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 17  P 3: 10

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAFAEL JOSEPH, *et al* | * | CIVIL ACTION |
| | * | NO. 00-0306 |
| VERSUS | * | SECTION "K", MAG. 1 |
| KENNER CITY POLICE DEPARTMENT, *et al* | * | |

## MOTION FOR EXTENSION OF TIME

ON MOTION of defendants, appearing herein through undersigned counsel, and on suggesting to the Court that counsel will require an additional 20 days within which to file responsive pleadings due to the fact that copy of the petition has just been received, and considerable factual investigation must be made.

This is a first request for an extension of time and as of original filing there is no objection to this motion in the record.

BIENVENU, FOSTER, RYAN & O'BANNON

BY: _____
JOHN W. WATERS, JR. (13258)
200 Carondelet St., Suite 1200
New Orleans, LA 70130-7964
(504) 581-2146

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by depositing same in the United States mail, postage prepaid on this ___ day of _____, 2000.

DATE OF ENTRY  FEB 23 2000

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc.No. ___

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAFAEL JOSEPH, *et al* | * | CIVIL ACTION |
| | * | NO. 00-0306 |
| VERSUS | | |
| | * | SECTION "K", MAG. 1 |
| KENNER CITY POLICE DEPARTMENT, *et al* | | |

### **ORDER**

Considering the foregoing Motion,

IT IS ORDERED BY THE COURT that defendants be and are hereby granted an additional delay of 20 day within which to file responsive pleadings herein. (MARCH 13, 2000)

New Orleans, Louisiana, this ___ day of _____, 2000.

_____
JUDGE