```
                                                       FILED
                                                  U.S. DISTRICT COURT
                                                EASTERN DISTRICT OF LA

                                                   2000 MAR -2  P 4: 17

                                                    LORETTA G. WHYTE
                                                         CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAFAEL JOSEPH, *et al* | * | CIVIL ACTION |
| | * | NO. 00-0306 |
| VERSUS | * | SECTION "K", MAG. 1 |
| KENNER CITY POLICE DEPARTMENT, *et al* | * | |

## MOTION FOR SUBSTITUTE COUNSEL

Defendants, through James H. Brown, Frilot, Partridge, Kohnke & Clements, L.C. and Bienvenu, Foster, Ryan & O'Bannon, John W. Waters, Jr. move the court for an order substituting the firm of Frilot, Partridge, Kohnke & Clements, L.C. and James H. Brown as attorneys for defendants, and permitting John W. Waters, Jr. and the firm of Bienvenu, Foster, Ryan & O'Bannon to withdraw as counsel of record for defendants.

BIENVENU, FOSTER, RYAN & O'BANNON

BY: _____
JOHN W. WATERS, JR. (13258)
200 Carondelet St., Suite 1200
New Orleans, LA 70130-7964
(504) 581-2146

FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, L.C.

BY: _____
JAMES H. BROWN (Bar No.: 3564)
1100 Poydras Street
Suite 3600
New Orleans, LA 70163-3600
(504) 599-8000

DATE OF ENTRY

MAR 1 3 2000

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by depositing same in the United States mail, postage prepaid on this __2__ day of __March__, 2000.

_[signature]_

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAFAEL JOSEPH, *et al* | * | CIVIL ACTION |
| | * | NO. 00-0306 |
| VERSUS | | |
| | * | SECTION "K", MAG. 1 |
| KENNER CITY POLICE DEPARTMENT, *et al* | | |

### ORDER

Considering the foregoing Motion,

IT IS ORDERED BY THE COURT that the firm of Frilot, Partridge, Kohnke & Clements, L.C., James H. Brown, be substituted as counsel of record for defendants, in lieu of Bienvenu, Foster, Ryan & O'Bannon, John W. Waters, Jr., who are hereby permitted to withdraw.

New Orleans, Louisiana, this 10th day of March, 2000.

_____
JUDGE