

**MINUTE ENTRY**
**DUVAL, J.**
**May 22, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAFAEL JOSEPH, ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-0306 |
| KENNER CITY POLICE DEPT., ET AL. | SECTION "K"(1) |

Attending a telephonic status conference held this day were:

Joseph LaHatte, Jr. for plaintiffs; and
James Brown for defendants.

The court inquired into the status of the case and was informed that the discovery problems are before the magistrate. Finally, all counsel averred that the matter will go to trial in a timely manner on December 18, 2000. The court intends to enforce that trial date.

DATE OF ENTRY
MAY 2 4 2000

Fee____
Process____
X /Dktd____
__ CtRmDep____
Doc.No.____