

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN -7  P 2: 49

LORETTA G. WHYTE
CLERK



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAFAEL JOSEPH, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-306** |
| **KENNER CITY POLICE DEPT., ET AL.** | **SECTION "K"(1)** |

## ORDER

It appearing from the record of this case that plaintiffs Rafael Joseph and Rockell Elmore, individually and on behalf of Currieonah Elmore, are no longer represented by counsel, plaintiffs are ordered to appear personally before the undersigned in Chambers, 500 Camp St., New Orleans, Louisiana on _July 6_, 2000 at _9:30 AM_ to discuss the matter of future representation. _IN RM. C-368._

If new counsel has been engaged, personal appearance by plaintiffs is not required. Instead, such counsel shall write the Court a letter confirming the representation.

Failure of plaintiffs to appear, personally or through a letter by counsel, could result in the imposition of appropriate sanctions.

DATE OF ENTRY
JUN 0 7 2000

___ Fee ____
___ Process ____
_X_ Dktd ____ CA
___ CtRmDep ____
___ Doc.No. __14__

The Clerk shall serve a copy of this order by Certified Mail, Return Receipt Requested, addressed to Rafael Joseph and Rockell Elmore, as shown below.

New Orleans, Louisiana, this 31st day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE

Rafael Joseph
184 Kennedy Street
AMA, LA. 70031

Rockell Elmore
319 Eisenenhower Avenue, Apt. C
Metairie, LA 70003