UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAFAEL JOSEPH, ET AL | * | CIVIL ACTION |
| | * | NO. 00-0306 |
| VERSUS | * | SECTION "K" |
| KENNER CITY POLICE DEPT, ET AL | * | MAGISTRATE NO. 1 |

* * * * * * * * * * * * * *

FILED: _____

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

On motion of the Joseph F. LaHatte, Jr. and Rico Alvendia, who state to this Honorable Court that in accordance with USDC Rule 20.11, they wish to withdraw as attorneys of record for petitioners, **RAFAEL JOSEPH and ROCKELL ELMORE, individually and on behalf of CURRIEONAH ELMORE,** in the subject action. Due to irreconcilable differences, Joseph F. LaHatte, Jr. and Rico Alvendia desire that their names be withdrawn as attorneys of record for **RAFAEL JOSEPH and ROCKELL ELMORE on behalf of CURRIEONAH ELMORE.** Petitioners have been given a status of their case. (See attached Exhibit A)

Respectfully submitted:

_____
JOSEPH F. LaHATTE, JR., Bar 8102
RICO ALVENDIA, Bar 25554
LAW OFFICE OF JOSEPH F. LaHATTE, JR.
ATTORNEY FOR PETITIONER
4431 CANAL STREET   482-5811
NEW ORLEANS, LA 70119

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing been served all parties involved in this case, as well as the plaintiffs, **Rafael Joseph, 184 Kennedy Street, AMA, La. 70031, 738-2691; Rockell Elmore, individulally and on behalf of her minor child, Currieonah Elmore, 319 Eisenhower Avenue, Apt. C., Metairie, La. 70003; 733-0787**, by placing same in the U.S. Mail, postage pre-paid this 25 day of MAY, 2000.

BY: _____
RICO ALVENDIA

DATE OF ENTRY
JUN 0 8 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAFAEL JOSEPH, ET AL            *       CIVIL ACTION
                                *       NO. 00-0306
                                *
VERSUS                          *       SECTION "K"
                                *
KENNER CITY POLICE DEPT, ET AL* MAGISTRATE NO. 1
* * * * * * * * * * * * * * *

### N O T I C E

    IT IS ORDERED THAT **JOSEPH F. LAHATTE, JR.** and **RICO ALVENDIA**, be and they are hereby withdrawn as attorney of record for **RAFAEL JOSEPH and ROCKELL ELMORE, individually and on behalf of CURRIEONAH ELMORE**

    NEW ORLEANS, LOUISIANA THIS ____ DAY OF _____ 2000.

_____
J U D G E

# JOSEPH F. LaHATTE, JR.
LAWYER
4431 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

JOSEPH F. LaHATTE, JR

OF COUNSEL:
JOHN G. MILLER, JR.
JAMES J. DURIO

LEGAL ASSISTANTS:
LAWRENCE P. MURPHY
KELLY HUTH

TELEPHONE (504) 482-5811
FAX (504) 482-1392
1-800-462-9718

May 25, 2000

## CERTIFIED MAIL
## RETURN RECEIPT REQUESTED

Mr. Rafael Joseph
184 Kennedy Street
AMA, Louisiana 70031

Ms. Rockell Elmore
319 Eisenhower Avenue, Apt. C
Metairie, Louisiana 70003

    **Re:  USDC No. 00-0306 "K" MAG 1**
    **Rafael Joseph, et al v. Kenner City Police Dept., et al**
    **Our File No. 99-030**

Dear Mr. Jospeh and Ms. Elmore:

    This will confirm our telephone conversation, wherein my office advised that due to irreconcilable differences, we were not able to handle this matter. At this time, below is a status in connection with your case: our office did forward your responses to the defendant; however, defendant has advised that there are deficiencies in same; a Pre-Trial has been scheduled for December 1, 2000 at 8:30; and a Trial in the above captioned matter has been scheduled for December 18,19 and 20, 2000 at 8:30 A.M. I am enclosing a copy of my Motion to Withdraw in the above captioned matter which has been filed in the Court Record.

    Please advise my office of the attorney you have retained in connection with this matter and we will gladly forward a copy of your file on to his office. Thank you.

Sincerely,

Rico Alvendia

RA/csm
Enclosure