

```
      FILED
  U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 21  A 9:13

LORETTA G. WHYTE
```

MINUTE ENTRY
SHUSHAN, M.J.
JUNE 20, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAFAEL JOSEPH, ET AL | CIVIL ACTION |
| VERSUS | NO: 00-0306 |
| THE KENNER POLICE DEPARTMENT | SECTION: "K"(1) |

### HEARING ON MOTION

APPEARANCES:   Submitted on briefs.

MOTION:   MOTION OF DEFENDANTS TO COMPEL ANSWERS TO DISCOVERY

**CONTINUED**

    Before the court is the motion of the defendants, City of Kenner, Chief of Police Nick A. Congemi and Detective Jenell M. Godfrey, to compel the plaintiffs, Raphael Joseph, Rockell Elmore and Currieonah Elmore, to fully and completely respond to defendants' discovery and for attorney's fees and costs incurred in bringing this motion. On May 5, 2000, the undersigned ordered the plaintiffs to answer defendants' interrogatories and respond to their requests for production of

DATE OF ENTRY
JUN 21 2000

Fee_____
Process_____
X  Dktd_____
✓  CtRmDep___
   Doc.No. 16

documents within ten (10) days of the entry of that order. On May 10, 2000, the plaintiffs submitted discovery responses to the defendants. The defendants contend that these discovery responses are incomplete in that some interrogatories remain unanswered and responses were not made to all requests for documents.

The defendants communicated with counsel for the plaintiffs at a telephone conference on May 23, 2000, in compliance with L.R. Rule 37.1. The defendants' motion to compel was filed on May 31, 2000, and served by mail upon counsel of record on May 30, 2000. On May 30, 2000, the plaintiffs filed a motion for an order to permit their counsel to withdraw. The order was signed on June 5, 2000 (Rec. doc. 15). The Court has set an appearance by the plaintiffs in chambers for July 6, 2000, to discuss the matter of future representation (Rec. doc. 14).

Inasmuch as the plaintiffs are without representation and the defendants' motion to compel was served by mail upon counsel for the plaintiffs on the same day that a motion was filed requesting that counsel for the plaintiffs be permitted to withdraw, the defendants' motion to compel is continued and reset for hearing without oral argument on Wednesday, July 12, 2000, at 9:00 a.m. Any opposition to this motion to compel must be submitted to the undersigned and filed in the record by Wednesday, July 5, 2000.

The Clerk shall serve a copy of this order by Certified Mail, Return Receipt Requested, addressed to Rafael Joseph and Rockell Elmore, as shown on Record Document No. 14.

---
SALLY SHUSHAN
United States Magistrate Judge