FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 11   AM 9:39

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**DUVAL, J.**
**JULY 6, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**RAFAEL JOSEPH, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                   **NO. 00-0306**

**KENNER CITY**                                              **SECTION "K"(1)**
**POLICE DEPT., ET AL.**

Attending a status conference held this day was:

James Brown on behalf of the defendants.

This conference was held to discuss plaintiffs' representation.  The record shows that

plaintiffs recieved notice of the conference, yet neither plaintiff appeared in chambers.

Accordingly,

   **IT IS ORDERED** that a second status conference to discuss representation shall be held

in chmabers on the 1ST day of Aug , 2000 at 8:30 A.M. Plaintiffs' failure to attend the

conference shall result in dismissal of this case with prejudice.

DATE OF ENTRY

JUL 1 1 2000

Fee_____
Proceas_____
X Diad_____
✔ CtRmDep_____
Dec.No._____