

MINUTE ENTRY
SHUSHAN, M.J.
JULY 12, 2000

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAFAEL JOSEPH, ET AL | CIVIL ACTION |
| VERSUS | NO: 00-0306 |
| THE KENNER POLICE DEPARTMENT | SECTION: "K"(1) |

**HEARING ON MOTION**

APPEARANCES:   Submitted on briefs.

MOTION:   MOTION OF DEFENDANTS TO COMPEL ANSWERS TO DISCOVERY

**GRANTED IN PART AND DENIED IN PART**

Before the court is the motion of the defendants, City of Kenner, Chief of Police Nick A. Congemi and Detective Jenell M. Godfrey, to compel the plaintiffs, Raphael Joseph, Rockell Elmore and Currieonah Elmore, to fully and completely respond to defendants' discovery and for attorney's fees and costs incurred in bringing this motion. On May 5, 2000, the undersigned ordered the plaintiffs to answer defendants' interrogatories and respond to their requests for production of

DATE OF ENTRY
JUL 13 2000

documents within ten (10) days of the entry of that order. On May 10, 2000, the plaintiffs submitted discovery responses to the defendants. The defendants contend that these discovery responses are incomplete in that some interrogatories remain unanswered and responses were not made to all requests for documents.

Local Rule 7.5 E. of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. Inasmuch as the plaintiffs were without representation and the defendants' motion to compel was served by mail upon counsel for the plaintiffs on the same day that a motion was filed requesting that counsel for the plaintiffs be permitted to withdraw, the defendants' motion to compel was continued and reset for hearing without oral argument on Wednesday, July 12, 2000, at 9:00 a.m. Any opposition to this motion to compel was ordered to be submitted to the undersigned and filed in the record by Wednesday, July 5, 2000. Plaintiffs have not complied with this order. The plaintiffs' also failed to comply with the order of the United States District Judge requiring that the plaintiffs appear for a status conference on July 6, 2000. The United States District Judge has ordered the plaintiffs to appear for a status conference on August 1, 2000, and stated that if the plaintiffs fail to appear for such conference the case will be dismissed with prejudice.

Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

IT IS ORDERED that the motion is GRANTED.[1] Plaintiffs are ordered to respond

---

[1] A motion for reconsideration of this order, if any, must be filed within ten (10) days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition been filed, the costs incurred in connection with the motion, including attorneys' fees will be assessed against the party moving for reconsideration. See Fed. R. Civ. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

to defendants' discovery requests fully and in writing, in accordance with Federal Rule of Civil Procedure 33 and 34 and to make all responsive documents available to defendants' counsel by August 1, 2000.  All objections to the discovery requests, except on the grounds of attorney-client privilege and work product doctrine, are deemed waived.  The defendants' request for sanctions, including costs and reasonable attorney's fees incurred with the motion to compel, is DENIED

_____
SALLY SHUSHAN
United States Magistrate Judge