

**MINUTE ENTRY**
**DUVAL, J.**
**AUGUST 1, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAFAEL JOSEPH, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0306** |
| **KENNER CITY POLICE DEPT., ET AL.** | **SECTION "K"(1)** |

Attending a status conference held this day was:

James Brown on behalf of the defendants.

This conference was held to discuss plaintiffs' representation. Notice of the conference was mailed to plaintiffs, yet neither plaintiff appeared in chambers. Accordingly,

**IT IS ORDERED** that plaintiffs' claims are hereby **DISMISSED** with prejudice.

DATE OF ENTRY
AUG 0 8 2000

Fee
Process
Dktd
CtRmDep
Doc. No.