FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG -8  AM 10: 05

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

RAFAEL JOSEPH, ET AL.                          CIVIL ACTION

VERSUS                                          NO. 00-0306

KENNER CITY                                     SECTION "K"(1)
POLICE DEPT., ET AL.

## JUDGMENT

Considering the order of August 1, 2000, dismissing plaintiffs' claims with prejudice,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of defendants and against Raphael Joseph Rockell Elmore, dismissing plaintiff's case with each party to bear her/its respective costs.

New Orleans, Louisiana, this 4th day of August, 2000.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

___Fee___
___Process___
X_ Dktd
___CtRmDep
Doc.No.___

DATE OF ENTRY
AUG 0 8 2000